UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. $2:12 - 00007$

JAMES P. WOOLEY                                    21 U.S.C. § 846

I N F O R M A T I O N

(Conspiracy to acquire or obtain controlled substances by misrepresention, fraud, forgery, deception and subterfuge)

The United States Attorney Charges:

1.   At all relevant times, Defendant JAMES P. WOOLEY was a registered pharmacist licenced by the West Virginia Board of Pharmacy and authorized by the United States Drug Enforcement Administration to dispense controlled substances.

2.   From June 2006, through September 2006, at or near Kermit, Mingo County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant JAMES P. WOOLEY, and other persons known and unknown to the United States Attorney, conspired to commit offenses in violation of 21 U.S.C. § 843(a)(3), that is, knowingly and intentionally to acquire and obtain controlled substances by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 846.

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
STEVEN I. LOEW
Assistant United States Attorney

FILED

JAN - 6 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia