# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/2/2012                                                                  Case Number 2:12-cr-7
Case Style: USA vs. James P. Wooley
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Steven I. Loew


Attorney(s) for the Defendant(s) Robert B. Allen


Law Clerk                                                                       Probation Officer Kevin E. Jackson

### Trial Time



### Non-Trial Time

Plea Hearing


### Court Time

1:41 pm    to 2:47 pm
Total Court Time: 1 Hours 6 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

1:30 case set

1:41 - case called - purpose of hearing for defendant to enter plea to one-count information pursuant to plea agreement - defense counsel says that is correct

Defendant sworn - gave personal information

Court read information - defendant understands
Court gave elements - defendant understands

Waiver of indictment received and filed

Court explained plea agreement - defendant understands

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

## District Judge Daybook Entry

Defendant gave factual basis

Court finds factual basis - deferred acceptance of plea and plea agreement

Directs PSI - sentencing set for May 3, 2012, at 1:30 pm

Bond - defendant released on $10,000 unsecured bond

2:57 concluded